IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

Aaron Dale Eaton,            Case No. 2:20-CV-01251-SI
    Plaintiff,

**Honorable Judge Michael H Simon**

Vs.

**Two Rivers Correctional Institution**        **MOTION**
**Grievance coordinator Eynon, et. al.**
**IN THEIR INDIVIDUAL AND OFFICIAL**
**CAPACITIES AS APPROPRIAT,**

    **DEFENDANTS.**

COMES NOW, Aaron Dale Eaton, the plaintiff in the above-entitled action and moves this court for a motion adding to the court record, new evidence that was just received by the plaintiff, this new evidence will show this court that the plaintiff has suffered irreparable harms at the hands of the defendants. (see declaration Aaron dale Eaton attached)

WHEREFOR plaintiff asks this court to allow this evidence into this court's record.

Dated this 22th day of June, 2022.

                                                            AARON DALE EATON
                                                            14997682

**I, Aaron Dale Eaton, duly sworn, do declare to be true and the best of my belief and knowledge under penalty of perjury all of this motion; I am over the age of twenty-one (21) and have personal knowledge of the matters stated herein and are meant for evidence in court;**
**I have resided here at Snake River Corr. Inst.**

Pager 1 of 1 Motion

## CERTIFICATE OF SERVICE

CASE NAME: Eaton v. Eynon et al.

CASE NUMBER: (if known) 2:20-CV-01251-SI

COMES NOW, Harry Deh Eaton, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at SRCI

That on the 22 day of June, 20 22, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Motion to allow Sup evidentry, Declaration in Support and True exhibits

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_____
(Signature)

Print Name Harry Deh Eaton
S.I.D. No.: _____

# DECLARATION
(ORCP Rule 1E)

I, Aaron Dale Eaton, do declare that:

By an agreement, my P.F.T's (Pulmonary function Test) were looked at by a specialist, after review of both P.F.T's and the "Peak flow" tests, The specialist re-ordered my COPD-Asthma of fluticasone/slam which is a steriod for lung damage. When the provider (Mais) told me I was going back on both the steriod inhaler and my rescue inhaler I asked if the damage was "forever" she replied "yes, That's the impression I got". I then asked could the damage to my respitery system been avoided she replied "probably if caught sooner."

"I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."

Dated this 16th day of June, 2022.

_____
(Signature)

Print Name: Aaron Dale Eaton
S.I.D. No. _____

**What are the possible side effects of Wixela™ Inhub™?**
**Wixela™ Inhub™ can cause serious side effects, including:**
- **fungal infection in your mouth or throat (thrush).** Rinse your mouth with water **without swallowing** after using Wixe chance of getting thrush.
- **pneumonia.** People with COPD have a higher chance of getting pneumonia. Wixela™ Inhub™ may increase the chance o healthcare provider right away if you have any of the following symptoms:
    - increase in mucus (sputum) production
    - change in mucus color
    - fever
    - chills
    - increased cough
    - increased breathing problems
- **weakened immune system and increased chance of getting infections (immunosuppression)**
- **reduced adrenal function (adrenal insufficiency).** Adrenal insufficiency is a condition where the adrenal glands do no This can happen when you stop taking oral corticosteroid medicines (such as prednisone) and start taking a medicine cont Wixela™ Inhub™). During this transition period when your body is under stress such as from fever, trauma (such as a c worse COPD symptoms, adrenal insufficiency can get worse and may cause death.
    Symptoms of adrenal insufficiency include:
    - feeling tired
    - lack of energy
    - weakness
    - nausea and vomiting
    - low blood pressure (hypotension)
- **sudden breathing problems immediately after inhaling your medicine.** If you have sudden breathing problems immed stop using Wixela™ Inhub™ and call your healthcare provider right away.
- **serious allergic reactions.** Call your healthcare provider or get emergency medical care if you get any of the following symp
    - rash
    - hives
    - swelling of your face, mouth, and tongu
    - breathing problems
- **effects on heart**
    - increased blood pressure
    - a fast or irregular heartbeat
    - chest pain
- **effects on nervous system**
    - tremor
    - nervousness
- **bone thinning or weakness (osteoporosis)**
- **slowed growth in children.** Your child's growth should be checked regularly by the healthcare provider while using Wixel
- **eye problems** including glaucoma, increased pressure in your eye, cataracts, or other changes in vision. You should have Wixela™ Inhub™.
- **changes in laboratory blood levels (sugar, potassium, certain types of white blood cells).**

**Common side effects of Wixela™ Inhub™ include:**
**Asthma:**
- upper respiratory tract infection
- throat irritation
- hoarseness and voice changes
- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- bronchitis
- cough
- headache
- nausea and vomiting

In children with asthma, infections in the ear, nose, and throat are common.
**COPD:**
- thrush in your mouth or throat. Rinse your mouth with water without swallowing after use to help prevent this
- throat irritation
- hoarseness and voice changes
- viral respiratory infections
- headache
- muscle and bone pain

These are not all the possible side effects of Wixela™ Inhub™.

EATON, AARON
INHALE ONE DOSE TWICE DAILY
BY MOUTH - RINSE MOUTH
AFTER USE - OK IN CELL
Rx Date 06/14/2022
Rx# 1666259
FLUTICASONE/SALM^(WIXELA) #60 100/50MCG  # 1

## ENT MEDICATION

Powder (floo TIK a sone & sal ME te role)

 are used to treat COPD (chronic obstructive pulmonary disease). It may be given to you for other
 to treat intense flare-ups of shortness of breath. Use a rescue inhaler. Talk with the doctor.

 TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to
 r substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If
 , ask your doctor or pharmacist. TELL YOUR DOCTOR: If you take any drugs (prescription or
 h this drug, like certain drugs that are used for HIV, infections, or depression. There are many drugs
 acist can tell you if you are taking a drug that must not be taken with this drug. TELL YOUR
 drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of
 s) and health problems. You must check to make sure that it is safe for you to take this drug with all
 hange the dose of any drug without checking with your doctor.

 EST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all
 drug as you have been told by your doctor or other health care provider, even if you feel well. Use
 ch use. Do not swallow the rinse water. Spit it out. If you are using more than 1 inhaled drug, ask the
 you need to take it. If you prepare a dose and close the inhaler without taking a dose, it will waste
 into the inhaler. Close the inhaler after you use your dose. Do not take the device apart or wash it.
 ice. Clean mouthpiece by wiping with a dry tissue or cloth. Do not wash or put in water. This inhaler
 left. Throw away the inhaler when the dose counter reaches "0," 1 month after opening the foil
 HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry
 ready for use. Protect from heat, cold, and light. Keep all drugs in a safe place. Keep all drugs out
 xpired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check
 way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I
 ur normal time. Do not take 2 doses at the same time or extra doses.

 h care providers that you take this drug. This includes your doctors, nurses, pharmacists, and
 re high blood sugar (diabetes), talk with your doctor. This drug may raise blood sugar. Call your
 your rescue inhaler does not work as well, or if you need to use your rescue inhaler more often. Do
 ve been told. Deaths have happened when too much of this type of drug has been taken. Talk with
 er form of a steroid, there may be very bad and sometimes deadly side effects. Signs like
 ig up, not thinking clearly, or low blood sugar may happen. Call your doctor right away if you have
 or any type of infection, you may need extra doses of oral steroids. These extra steroids will help
 saying that there may be times when you may need extra steroids. Long-term use may raise the
 ive an eye exam as you have been told by your doctor. This drug may cause weak bones
 see if you have a higher chance of weak bones or if you have any questions. Have a bone
 ith your doctor. You may have more chance of getting an infection. Wash hands often. Stay away
 measles can be very bad or even deadly in some people taking steroid drugs like this drug. Avoid
 e not had these health problems before. If you have been exposed to chickenpox or measles, talk
 are. You could have more side effects. This drug may affect growth in children and teens in some
 he doctor. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You
 e baby. COPD: The chance of getting pneumonia is higher in people with COPD. This drug may
 or.

 FFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION:
 bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help
 ms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives;
 ut fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual
 throat. Signs of infection like fever, chills, very bad sore throat, ear or sinus pain, cough, more
 ne, mouth sores, or wound that will not heal. Signs of high blood sugar like confusion, feeling
 , flushing, fast breathing, or breath that smells like fruit. Signs of low potassium levels like muscle