IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AARON DALE EATON**, <br><br> Plaintiff, <br><br> v. <br><br> **TWO RIVERS CORRECTION INSTITUTION GRIEVANCE COORDINATOR EYNON**, *et al*, <br><br> Defendants. | Case No. 2:20-cv-1251-SI <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is TERMINATED.

DATED this 30th day of August, 2022.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge
