Print Name: Aaron Dale Eaton
Sid # 17997682

_____

_____

# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF OREGON

Aaron Dale Eaton          )   File Number 2:20-CV-01251-SI
                          )
        plaintiff,        )
                          )
    vs.                   )   NOTICE OF APPEAL
                          )
Eynon et al,              )
                          )
                          )
        Defendants.       )
                          )
                          )

Notice is hereby given that Aaron Dale Eaton, the Plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the (final judgment)(from an order (describing it)) entered in this action on the 30th day of August, 2022.

Dated this 19th day of September, 2022.

Respectfully Submitted,

_____
(Signature)
Print Name: Aaron Dale Eaton
Sid # 14997682

_____

_____

Page 1 of 1 Notice of Appeal                                    Form 39.040

## CERTIFICATE OF SERVICE

CASE NAME: Eaton v. Fynen et al.

CASE NUMBER: (if known) 2:20-cv-01251-SI

COMES NOW, Aaron Dale Eaton, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at SRCI.

That on the 19th day of Sept., 2022, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Notice of Appeal.

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

_(Signature)_

Print Name: Aaron Dale Eaton

S.I.D. No.: