IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION


Aaron Dale Eaton,                           Case No. 2:20-CV-01251-SI
          Plaintiff,
                                        Honorable Judge Michael H Simon
Vs.
Eynon e.t. a.l                    Motion to Refund $505.00 Appeal Filing Fee.
Defendants


Eaton hereby moves this court to refund the filing fee that was paid to this

court for the Appeal.

This court collected a filing fee around the time that the notice of appeal was

filed. If the court would look back on the court record and take judicial notice of

the record, this court will confirm this.

Eaton was charged yet again the filing fee from the court of appeals. (see

attached accounting statement 2nd Pg. ORUSFF attached)

Mr. Eaton has been wrongfully charged twice for the same case's appeal

filing fee.

Dated this 7th Day of Feb. 2024.                    Aaron Dale Eaton