RAMIRERO                    OREGON DEPARTMENT OF CORRECTIONS                    OTRTASTB
                              TRUST ACCOUNT STATEMENT                        12.1.1.0.1.6 ODOC

SID#  0014997682    Name: EATON, AARON DALE                         BKG#  3040506
LOCATION: SRCM-MIN-M_201B

Account Balance Today (19-JAN-24    )    Current :    2,563.66
                                         Hold    :        0.00
                                         Total   :    2,563.66

Account Balance as of  18-JAN-24                       2,563.66

                          12/19/2023        01/18/2024

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| 2111 RESERVED COUNTY COURT FEES | 0.00 | 0.00 |
| 2101 AIC SPENDING ACCOUNT | 2,143.66 | 2,063.66 |
| 2105 RESERVE OPTICAL | 0.00 | 0.00 |
| 2113 TRANSITIONAL SAVINGS | 500.00 | 500.00 |

                          DEBTS AND OBLIGATIONS                              WRITE-OFF
|  | TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | AMOUNT |
|---|---|---|---|---|---|---|
| * | FDISA | DISCIPLINARY FINES ADVANCE | 12092005 | 0.00 | 693.32 | 21.68 |
|   | MEDA | MEDICAL ADVANCE | 01102018 | 0.00 | 4.48 | 0.00 |
|   | COPA | COPY ADVANCE | 10222015 | 0.00 | 76.10 | 0.00 |
| * | COUA | COUNTY COURT FEES ADVANCE | 01112018 | 0.00 | 0.00 | 939.00 |
|   | CANA | CANTEEN ADVANCE | 02142018 | 0.00 | 13.00 | 0.00 |
|   | OCICA | OCIC POSTAGE ADVANCE | 03242008 | 0.00 | 37.58 | 0.00 |
|   | TRCIA | TRCI POSTAGE ADVANCE | 01082015 | 0.00 | 100.54 | 0.00 |
|   | UMATC | UMATILLA COUNTY CIRCUIT COURT | 18CV00584(2) | 0.00 | 0.00 | 0.00 |
|   | UMATC | UMATILLA COUNTY CIRCUIT COURT | 18CV00584 | 0.00 | 338.64 | 0.00 |
|   | IDA | ID CARDS ADVANCE | 10182005 | 0.00 | 5.50 | 0.00 |
|   | REST | OJD - RESTITUTION, FINES & FEES | 03102020 | 37144.37 | 3,130.83 | 0.00 |
|   | LPDOCA | LEGAL COPIES DOC ADVANCE | 04142020 | 0.00 | 273.10 | 0.00 |
|   | UMATC | UMATILLA COUNTY CIRCUIT COURT | 20CV26413 | 0.00 | 281.00 | 0.00 |
|   | LPTRCA | LEGAL POSTAGE TRCI ADVANCE | 07202020 | 0.00 | 63.25 | 0.00 |
|   | ORUSFF | OREGON US FILING FEE | 2:20CV01251S | 0.00 | 350.00 | 0.00 |
|   |   |   |   |   |   | 0.00 |

SID#  0014997682    Name: EATON, AARON DALE                    BKG#  3040506
LOCATION: SRCM-MIN-M_201B

## DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE-OFF AMOUNT |
|---|---|---|---|---|---|
| ORUSFF | OREGON US FILING FEE | 2:20CV01641S | 0.00 | 350.00 | |
| ORUSFF | OREGON US FILING FEE | 2:22CV00117S | 0.00 | 350.00 | 0.00 |
| CHSP | CHILD SUPPORT - DOJ | 07112022 | 35083.71 | 0.00 | 0.00 |
| ORUSFF | OREGON US FILING FEE | 22-35749 APP | 0.00 | 505.00 | 0.00 |

TRANSACTION DESCRIPTION                         COURT ORDERD OBLIGATIONS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT |
|---|---|---|---|
| 03/01/2020 | REST | New Debt Received | 0.00 |
| 08/01/2020 | REST | New Debt Received | 40,275.20 |
| 04/01/2021 | REST | Outside Payment | 650.00 |
| 07/01/2022 | CHSP | New Debt Received | 35,083.71 |
| 02/01/2023 | REST | Outside Payment | 90.00 |

TRANSACTION DESCRIPTIONS --           2111 RESERVED  SUB-ACCOUNT
                                      COUNTY COURT FEES

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --           2101 AIC SPENDING  SUB-ACCOUNT
                                              ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/19/2023 | BACK TO DA' CHICKEN 1/9/24 SRCI | | ( 11.00) | 2,132.66 |
| 12/21/2023 | CRS SAL ORD #10302534 | | ( 107.30) | 2,025.36 |
| 01/02/2024 | Interest Distribution | | 11.35 | 2,036.71 |
| 01/02/2024 | Deduction-CLR-07272005 D D | | ( 5.68) | 2,031.03 |
| 01/02/2024 | Deduction-CLR-07272005 D D | | 5.68 | 2,036.71 |
| 01/03/2024 | Pay. ICS Corrections Comm System  ODOC4466887 (Reg) | | ( 30.00) | 2,006.71 |
| 01/04/2024 | AWARDS 12/2023 SRCM | | 106.88 | 2,113.59 |
| 01/04/2024 | Deduction-REST-03102020 D D | | ( 16.03) | 2,097.56 |
| 01/04/2024 | Deduction-CLR-07272005 D D | | ( 34.32) | 2,063.24 |
| 01/04/2024 | Deduction-CLR-07272005 D D | | 34.32 | 2,097.56 |
| 01/08/2024 | FEBRUARY BURRITO MINIMUM SRCI | | ( 13.00) | 2,084.56 |
| 01/16/2024 | Pay. ICS Corrections Comm System  ODOC4490029 (Reg) | | ( 20.00) | 2,064.56 |

```
RAMIRERO                OREGON DEPARTMENT OF CORRECTIONS              OTRTASTB
                        T R U S T   A C C O U N T   S T A T E M E N T    12.1.1.0.1.6 ODOC

SID#   0014997682    Name: EATON, AARON DALE                   BKG#   3040506
LOCATION: SRCM-MIN-M_201B


DATE          TRANSACTION DESCRIPTION    RECEIPT#      TRANSACTION AMT        BALANCE
01/17/2024    Copy Sales                               (         0.90)       2,063.66
        TRANSACTION DESCRIPTIONS --              2105 RESERVE    SUB-ACCOUNT
                                                      OPTICAL
DATE          TRANSACTION DESCRIPTION    RECEIPT#      TRANSACTION AMT        BALANCE

        TRANSACTION DESCRIPTIONS --              2113 TRANSITIONAL  SUB-ACCOUNT
                                                      SAVINGS
DATE          TRANSACTION DESCRIPTION    RECEIPT#      TRANSACTION AMT        BALANCE
```

IF THE DEPARTMENT HAS COLLECTED MONEY FROM YOUR ACCOUNT FOR
DEBT, YOU MAY OBTAIN AN ADMIN REVIEW PER OAR 291-158-065